UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JOSEPH WILSON-ACQUAH #24802-265** | **CIVIL ACTION NO. 2:07CV525 SEC P** |
| **VERSUS** | **JUDGE HAIK** |
| **J P YOUNG** | **MAGISTRATE JUDGE METHVIN** |

## MEMORANDUM ORDER

On 3/19/07 , a petition was filed by the plaintiff. On 3/20/07 , a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application. Mover has failed to take the required action in accordance with the memorandum order. Accordingly,

**IT IS ORDERED** that the petition submitted by the plaintiff on 3/19/07 , be, and hereby is, stricken from the record.

THUS DONE May 14, 2007, Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE